UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NORIYUKI KOBAYASHI, :
: Civil Action No. 11 Civ. 8865 (PAC)
              Plaintiff, :
:
         v. : **NOTICE OF MOTION**
:
FOOD SCOPE NY, LLC, FOOD SCOPE :
AMERICA, INC., and KOICHI YOKOYAMA :
in his official and individual capacities, :
:
              Defendants. :
-------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable Paul A. Crotty, on a date and at a time to be determined by the Court for an Order substituting Rachael Greenfield, on behalf of her minor son as his parent and natural guardian, as the plaintiff in this matter in place of the late Noriyuki Kobayashi.

    A Memorandum of Law In Support of Motion for Substitution, the Declaration of Rachael Greenfield, and the Declaration of Shaffin A. Datoo and the exhibits attached thereto, are submitted herewith.

Dated: November 28, 2012
       New York, New York

                            Respectfully submitted,

                            THOMPSON WIGDOR LLP

By:       _____
                            Douglas H. Wigdor
                            Shaffin A. Datoo

                            85 Fifth Avenue
                            New York, NY 10003
                            Telephone:  (212) 257-6800
                            Facsimile:  (212) 257-6845
                            dwigdor@thompsonwigdor.com
                            sdatoo@thompsonwigdor.com

                            Counsel for Plaintiff