UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

NORIYUKI KOBAYASHI,                          :

                                  :   Civil Action No.: 11 Civ. 8865 (PAC)

               Plaintiff,          :

                                    :

               v.                   :   **DECLARATION OF**
                                    :   **RACHAEL GREENFIELD**

FOOD SCOPE NY, LLC, FOOD SCOPE      :
AMERICA, INC., and KOICHI YOKOYAMA  :
in his official and individual capacities,  :

                                    :

               Defendants.      :

-------------------------------------------------------------x

I, Rachael Greenfield, pursuant to 28 U.S.C. §1746, declare and state as follows:

1.     I am the ex-wife of Noriyuki Kobayashi, the plaintiff in the above-captioned

action. I have personal knowledge of the facts set forth herein and submit this declaration

in support of a motion to substitute myself, on behalf of my minor son WYCKG, as the

plaintiff in this matter in place of Noriyuki Kobayashi.

2.     On September 8, 1996, Noriyuki Kobayashi and I were married.

3.     On March 3, 1999, my biological son WYCKG was born in Portland, Oregon.

Noriyuki was WYCKG's biological father.

4.     On or about July 30, 2002, Noriyuki and I divorced after 6 years of marriage.

5.     On February 10, 2000, I was given primary custody over WYCKG.

6.     On July 25, 2012, Noriyuki, who was born in Japan and was a Japanese citizen,

died in Japan after he returned home from the United States in January 2012.

7.      It is my understanding that Noriyuki did not have a will, had only one son (WYCKG) and did not remarry.

8.      It is also my understanding that no court has appointed an executor or administrator of Noriyuki's estate.

9.      It is also my understanding that at the time of his death, Noriyuki's property consisted of only personal belongings.  Those belongings have already been dispersed to WYCKG.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 26, 2012.

_____

Rachael Greenfield