AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Noriyuki Kobayashi | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11-CV-8865 |
| Food Scope NY, LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Noriyuki Kobayashi.

Date: 05/06/2013

/s/
*Attorney's signature*

Michael J. Willemin, MW-2099
*Printed name and bar number*

Thompson Wigdor LLP
85 Fifth Avenue
New York, NY 10003

*Address*

mwillemin@thompsonwigdor.com
*E-mail address*

(212) 257-6800
*Telephone number*

(212) 257-6845
*FAX number*